Prob 12B
(7/93)

# UNITED STATES DISTRICT COURT

for the

### District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

07 JAN -5 AM 11: 23

OFFICE OF THE CLERK

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

| | |
|---|---|
| **Name of Offender:** | Daryl Legon     **Docket Number:**  8:99CR101-1 |
| **Sentencing Judge:** | The Honorable Thomas M. Shanahan<br>United States Senior Judge |
| **Date of Original Sentence:** | March 22, 2000 |
| **Original Offense:** | Felon in Possession of Ammunition 18 U.S.C. 922 (g) and 924 (a)(2) |
| **Original Sentence:** | 77 months custody of Bureau of Prisons; two years supervised release |
| **Type of Supervision:** | Supervised Release |
| **Date Supervision Commenced:** | January 7, 2005 |

## PETITIONING THE COURT

__X__  To extend the term of supervision for __12 months__, for a total term of __36 months__.

___     To modify the conditions of supervision as follows:

### CAUSE

On February 4, 2006, Mr. Legon was arrested by Omaha Police officers for Driving Under the Influence of Alcohol. After failing field sobriety tests, he submitted to a preliminary breath test, which resulted in a reading of .154 grams of alcohol per 210 liters of breath. An additional test at the police department produced a reading of .152. Mr. Legon did not report the arrest to the undersigned, although he recalls having a conversation related to the arrest.

Respectfully submitted,

*/s/ John A. Hill*

John A. Hill, Supervising
U.S. Probation Officer

Reviewed by,

*/s/ David E. Goering*

David E. Goering, Supervising
U.S. Probation Officer

Legon, Daryl
Request to Extend Period of Supervision
January 4, 2007

THE COURT ORDERS

___ No Action

_X_ The Extension of Supervision as noted above

___ The Modification of Conditions as noted above

___ Other

_____  
The Honorable Joseph F. Bataillon  
Chief U.S. District Judge

1/5/07  
Date

Prob 49
(Rev. 12/00)

# United States District Court

## District of Nebraska

### Waiver of Hearing to Modify Conditions of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervision. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to an extension of supervised release for 12 months, for a total term of 36 months.

Witness: _____
John A. Hill, Supervising
U.S. Probation Officer

Signed: _____
Daryl Legon
Offender

Date: 1-4-07