IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 8:99CR101 |
| Plaintiff, | ) | |
| | ) | ORDER |
| | ) | TO WITHDRAW EXHIBITS |
| vs. | ) | OR TO SHOW CAUSE WHY |
| | ) | EXHIBITS SHOULD NOT BE |
| | ) | DESTROYED |
| DARYL LEGON, | ) | |
| Defendant. | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for defendant  shall either

1) withdraw the following exhibits previously submitted in this matter within 15 calendar

days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Exhibit number(s): 1

Hearing type(s): Detention

Date of hearing(s): 6/4/99

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits

should not be destroyed, the clerk's office is directed to destroy the listed exhibits without

further notice to the parties or order from the court.

IT IS SO ORDERED.

May 23, 2007.

s/ Joseph F. Bataillon
United States District Judge